# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRAVIS KELLEY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-414-Orl-22KRS**

**ECKERD CORPORATION,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after oral argument on the parties' Joint Stipulation for Dismissal with Prejudice, and Order. Doc. No. 20. I find that the settlement agreement submitted by the parties "is a fair and reasonable resolution of a bona fide dispute over [Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*,] provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Consequently, I respectfully recommend that the Court approve the Settlement Agreement and General Release of all Claims submitted by the parties.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 24, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
District Courtroom Deputy