# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRAVIS KELLEY,**

                **Plaintiff,**

**-vs-**                                      **Case No. 6:04-cv-414-Orl-22KRS**

**ECKERD CORPORATION,**

                **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Stipulation for Dismissal With Prejudice (Doc. No. 20) filed on July 15, 2005.

The United States Magistrate Judge has submitted a Report recommending that the Settlement Agreement be approved.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 24, 2005 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Settlement Agreement is hereby **APPROVED**.

3. This case is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 13, 2005.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party